RUBY G. PETTICORD AND HUSBAND, JOHN W. PETTICORD v. EDWARD S. HEEFNER, JR., TRUSTEE, AND STANDARD SAVINGS AND LOAN ASSOCIATION, AND NORTH CAROLINA STATE HIGHWAY COMMISSION.

(Filed 16 December 1964.)

APPEAL by plaintiffs from *McConnell, J.,* 25 May Session 1964 of FORSYTH.

*Attorney General Bruton, Asst. Attorney General Harrison Lewis, Trial Attorney Millard R. Rich, Jr.; Blackwell, Blackwell, Canady & Eller for the defendant appellee Commission.*
*Elledge & Mast for plaintiff appellants.*

PER CURIAM. The factual situation in this case is similar to that in *Browning v. Highway Commission,* decided this day, *ante,* 130, except no written right of way has been obtained by the Commission from these plaintiffs or their predecessors in title to any interest in the land involved.

Therefore, the judgment entered below is reversed on authority of the *Browning* case, and the case is remanded for further proceedings in accord with that opinion.

Reversed and remanded for further proceedings.